United States Court of Appeals

For the Eighth Circuit

_____

No. 22-1258
_____

United States of America

*Plaintiff - Appellee*

v.

Mark Warm

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa - Eastern
_____

Submitted: April 25, 2022
Filed: April 28, 2022
[Unpublished]
_____

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Mark Warm appeals after he pleaded guilty to willfully failing to pay federal taxes, see 26 U.S.C. § 7202, and the district court[1] varied downward from the

---

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

advisory range in the United States Sentencing Guidelines, sentencing him to twenty-one months in prison plus three years of supervised release. His counsel has moved for leave to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing the prison sentence is substantively unreasonable.

Having reviewed the record under a deferential abuse-of-discretion standard of review, <u>see</u> <u>Gall v. United States</u>, 552 U.S. 38, 41, 51 (2007), we conclude Warm's prison sentence is not substantively unreasonable. The record establishes the district court sufficiently considered the statutory sentencing factors, <u>see</u> 18 U.S.C. § 3553(a), and did not overlook a relevant factor, give significant weight to an improper or irrelevant factor, or commit a clear error of judgment in weighing relevant factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc); <u>see also</u> <u>United States v. Espinoza</u>, 9 F.4th 633, 637 (8th Cir. 2021) (reiterating that a district court "is entitled to substantial latitude" when weighing the § 3553(a) factors). Furthermore, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we affirm the judgment of the district court and grant counsel's motion to withdraw.

_____